## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-23-5127-GF-JTJ** |
| **Plaintiff,** | **VIOLATIONS:** |
| | **E1728279** |
| **vs.** | **Location Code: M13** |
| **KIMBERLY O. OGUNGBE,** | **ORDER** |
| **Defendant.** | |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrant issued on or about October 23, 2023, is **QUASHED** and the fine of $60 is accepted as full settlement of this citation.

DATED this 30th day of November, 2023.


John Johnston
United States Magistrate Judge